UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANKLIN JONES | : | |
| | : | |
| VS. | : | CIVIL NO. |
| | : | |
| NATCHAUG HOSPITAL, INC. | : | JULY 3, 2017 |

## COMPLAINT

1. This is an action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.*, and the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. §§ 46a-60, *et seq.*, to redress the deprivation by the defendant of rights secured to the plaintiff by the laws of the United States.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3), 1367(a) and 2201(a) of Title 28 and Section 2000e of Title 42 of the United States Code.

3. During all times mentioned in this action, the plaintiff was, and still is, an adult citizen of the United States residing in the State of Connecticut.  He is a gay black African-American male.

4. During all times mentioned in this action, the defendant was and is a Connecticut Non-Stock Corporation.  It is and at all relevant times was an

1

employer within the meaning of the aforesaid statutes and at all relevant times employed more than one hundred individuals.

5. The plaintiff has complied with all of the procedural prerequisites to suit under the statutes aforementioned, having filed timely complaints of employment discrimination and retaliation with the Connecticut Commission on Human Rights and Opportunities and the United States Equal Employment Opportunity Commission and having received a Release of Jurisdiction from the former issued on April 19, 2017, and a Notice of Right to Sue from the latter issued on June 26, 2017.

6. The plaintiff is a Registered Nurse with an advanced degree and was employed as an R.N. by the defendant for more than two years and by an affiliated hospital of the defendant for four years immediately prior to that.

7. The plaintiff's evaluations always were satisfactory or better.

8. The defendant posted the position of "Nurse Manager - Full Time (Evenings) on June 19, 2016. The location of the position was listed as Connecticut-Mansfield Center-Natchaug Hospital, which is where the plaintiff was employed.

9. The plaintiff was fully qualified for the position in all respects.

10. The plaintiff applied for the position on or about July 19, 2016.

11. Only one other person applied for that position, a heterosexual, white,

Caucasian male named Gino DeLiseo.

12. The plaintiff was far more qualified for the position than Mr. DeLiseo.

13. When Mr. DeLiseo was interviewed for the position, he was afforded a far more comprehensive interview, by more people, than the plaintiff was.

14. On September 8, 2016, Gale Sullivan, the defendant's East Regional Director of Behavioral Health Services, announced that the promotion had been given to Mr. DeLiseo.

15. In awarding the promotion to Mr. DeLiseo rather than to the plaintiff, the defendant discriminated against the plaintiff, at least in part, upon the basis of his color, race, and sexual orientation.

16. On or about September 13, 2016, the plaintiff filed a complaint of employment discrimination against the defendant.

17. On December 9, 2016 the plaintiff's employment with the defendant was terminated in retaliation for having filed the aforesaid discrimination complaint.

WHEREFORE, the plaintiff claims judgment against the defendant as follows:

A. Compensatory damages in an amount this court shall consider to be just, reasonable and fair;

B. Punitive damages in an amount this court shall consider to be just,

reasonable and fair;

    C. Attorney fees and the costs of this action;

    D. A temporary and permanent injunction requiring the defendant forthwith to reinstate the plaintiff with full back pay and benefits;

    E. Such other relief as this court shall consider to be fair and equitable.

                    THE PLAINTIFF

BY: _____/s/\_\_\_\_(ct00215)_____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203-562-9931
        Fax: 203-776-9494
        jrw@johnrwilliams.com
        His Attorney