UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANKLIN JONES

v.  3:17-cv-01099-JBA-1

NATCHAUG HOSPITAL, INC.

## J U D G M E N T

This matter came on before the Honorable Janet Bond Arterton, United States District Judge, as a result of defendant's Motions for Summary Judgment.

The Court reviewed all papers filed in conjunction with the motion and on September 25, 2019 entered a ruling (Doc. 58) granting the relief dismissing plaintiff's claims.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered for the defendant, NATCHAUG HOSPITAL, INC., against the plaintiff in accordance with the Court's ruling and the case is closed.

Dated at New Haven, Connecticut, this 27th day of September 2019.

ROBIN D. TABORA, Clerk
By /s/ Donna Barry
Deputy Clerk

Entered on Docket:  09/27/2019